920

No. 73–1233.  National Labor Relations Board et al. *v*. Sears, Roebuck & Co.  C. A. D. C. Cir.  [Certiorari granted, 417 U. S. 907.]  Motion of respondent for leave to file supplemental brief after argument granted. Mr. Justice Marshall and Mr. Justice Powell took no part. in the consideration or decision of this motion.*

No. 73–1908.  Cort et al. *v*. Ash.  C. A. 3d Cir. [Certiorari granted, 419 U. S. 992.]  Motion of Judith Bonderman et al. for leave to file a brief as *amici curiae* granted.  Motion of Common Cause for leave to file a brief as *amicus curiae* denied.  Mr. Justice Marshall took no part in the consideration or decision of these motions.*

No. 74–304.  Gordon *v*. New York Stock Exchange, Inc., et al.  C. A. 2d Cir.  [Certiorari granted, 419 U. S. 1018.]  Motion of the Solicitor General to permit the United States and the Securities and Exchange Commission to participate in oral argument as *amici curiae* granted and a total of 40 additional minutes allotted for that purpose.  Mr. Justice Marshall took no part in the consideration or decision of this motion.*

No. 74–156.  Hicks, District Attorney of Orange County, et al. *v*. Miranda, dba Walnut Properties, et al.  Appeal from D. C. C. D. Cal.  [Probable jurisdiction postponed, 419 U. S. 1018.]  Motions for additional time for oral argument granted and appellants allotted 15 additional minutes for that purpose.  Appellees also allotted 15 additional minutes for oral argument.  Mr. Justice Marshall took no part in the consideration or decision of this motion.*

---

*See also note, *supra*, p. 914.